

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,382

### EX PARTE DARIAN J. CONTEE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2006-414,729 IN THE 140th DISTRICT COURT
### FROM LUBBOCK COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of unlawful possession of a firearm by a felon and sentenced to three years' imprisonment. He did not appeal his conviction.

Applicant contends that he is actually innocent based upon newly discovered evidence. Specifically, the Applicant contends he is actually innocent based upon newly discovered lab analysis from the Texas Department of Public Safety which shows that he did not possess a firearm

in this case.

The trial court, based upon the record, has recommended that relief be granted. Applicant is entitled to relief. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002).

Relief is granted. The judgment in Cause No. 2006-414,729 in the 140th Judicial District Court of Lubbock County is vacated, and Applicant is remanded to the custody of the sheriff of LUBBOCK County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: August 5, 2010
Do Not Publish